**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-7555**

—————————

BURN'ARD HUNTER,

                                        Plaintiff - Appellant,

        versus


ATTORNEY GENERAL OF THE COMMONWEALTH OF
VIRGINIA, in his individual and official
capacities,

                                        Defendant - Appellee.


—————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-99-689-7)

—————————

Submitted:  February 10, 2000      Decided:  February 15, 2000

—————————

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Burn'ard Hunter, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Burn'ard Hunter appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hunter v. Attorney General of Virginia, No. CA-99-689-7 (W.D. Va. Oct. 26, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED